LEE TRAN & LIANG LLP
James M. Lee (Bar No. 192301)
  james.lee@ltlattorneys.com
Danielle R. Claxton (Bar No. 272003)
  danielle.claxton@ltlattorneys.com
601 S. Figueroa Street, Suite 3900
Los Angeles, CA 90017
Telephone: 213-612-8900
Facsimile: 213-612-3773

Attorneys for Plaintiffs
VIZIO, Inc. and
AmTRAN Technology Co., Ltd.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIZIO, INC., a California corporation; AMTRAN TECHNOLOGY CO., LTD., a Taiwanese corporation,<br><br>              Plaintiff,<br><br>        v.<br><br>HDREPAIR.COM CORPORATION, a Florida corporation; HDREPAIR.COM SERVICES LLC, a Florida limited liability company; SYNERGY TECHNICAL SOLUTIONS CORPORATION doing business as SYNTECHS, a Florida corporation; CLARISSA ROXBERRY, and Individual; ROBERT ROXBERRY, an Individual; LOUIS WELTMAN, an Individual; and DOES 1 to 10,<br><br>              Defendants. | CASE NO.: 8:15−cv−01894 AG (JCGx)<br><br>[Assigned to the Honorable Andrew J. Guilford]<br><br>**PROOF OF SERVICE OF SUMMONS AND COMPLAINT ON DEFENDANT LOUIS WELTMAN** |

PROOF OF SERVICE OF SUMMONS AND COMPLAINT

| | | | | | |
|---|---|---|---|---|---|
| *Attorney or Party without Attorney:*<br>JAMES M. LEE (BAR NO.192301)<br>LEE TRAN & LIANG LLP<br>601 S. FIGUEROA STREET<br>SUITE 3900<br>LOS ANGELES, CA 90017<br>*Telephone No:* 213-612-8900    *FAX No:* 213-612-3773 | | | | | *For Court Use Only* |

*Attorney for:* Plaintiff

*Insert name of Court, and Judicial District and Branch Court:*
   United States District Court For The Central District Of California

*Plaintiff:* VIZIO, INC.

*Defendant:* HDREPAIR.COM CORPORATION

| **PROOF OF SERVICE** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>8:15-CV-1894 AG (JCGX) |
|---|---|---|---|---|

*1. At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the SUMMONS IN A CIVIL ACTION; COMPLAINT; CIVIL COVER SHEET; NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES; NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM; CERTIFICATION AND NOTICE OF INTERESTED PARTIES (LOCAL RULE 7.1-1)

3. a. *Party served:*    LOUIS WELTMAN, AN INDIVIDUAL
   b. *Person served:*   party in item 3. a.

4. *Address where the party was served:*    6400 PARK OF COMMERCE BLVD
                                            STE.1
                                            BOCA RATON, FL 33487

5. *I served the party:*
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Thu., Nov. 19, 2015 (2) at: 1:33PM
6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   a. as an individual defendant

7. *Person Who Served Papers:*          Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. IVAN ALMONTE              d. *The Fee for Service was:*

                                e. I am: Not a Registered California Process Server

**First Legal**
600 W. Santa Ana Boulevard, Suite 101
Santa Ana, CA 92701
Telephone    (714) 541-1110
FAX          (714) 541-8182
www.firstlegalnetwork.com

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*
   Date: Sun, Nov. 22, 2015

                                                            (IVAN ALMONTE)

Judicial Council Form POS-010          **PROOF OF SERVICE**
Rule 2.150.(a)&(b) Rev January 1, 2007                              2855403  .leetr.752373